No. 99–758. WENC v. CABLE NEWS NETWORK, INC., c/o TURNER BROADCASTING INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–801. KAY v. SMYSER, UNITED STATES MAGISTRATE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–813. SANTOBELLO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–814. ALLEN ET AL. v. ENTERGY CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–835. STEWART v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–5385. QUINTANA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5873. HICKOX ET UX. v. MLA, INC. Sup. Ct. Fla. Certiorari denied.

No. 99–5959. YOUNG v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–6503. SMITH v. SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.

No. 99–6504. OCASIO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 99–6507. PRAVDA v. SARATOGA COUNTY, NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 99–6519. PLANTE v. SURPITSKI ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–6520. PATTERSON v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–6521. SNIPES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.